# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| REX FARR, on Behalf of Himself and Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PINNACLE SERVICES, INC.,<br><br>Defendant. | CV-16-119-SPW-CSO<br><br>**ORDER ADMITTING DAVID I. MOULTON PRO HAC VICE** |

Plaintiff seeks an order allowing David I. Moulton to practice *pro hac vice* with Philip McGrady as local counsel. The application appears to be in order. Accordingly, the requirements of L.R. 83.1(d)(3) having been met, **IT IS ORDERED** that the Motion to Admit David I. Moulton (Doc. #12) is **GRANTED**. Mr. Moulton is admitted to practice *pro hac vice* before this Court in the above-entitled matter..

DATED this 31st Day of October, 2016.

*/s/ Carolyn S. Ostby*
U. S. Magistrate Judge