IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| REX FARR, on Behalf of Himself and Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLE SERVICES, INC.,<br><br>Defendant. | CV 16-119-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is the parties' Joint Motion for Leave to File Settlement Agreement Under Seal. (Doc. 37.) The parties' motion fails to comply with the L.R. 5.1(e), which states "attorneys filing electronically must lodge under seal the document or item for which leave to seal is sought."

Accordingly, IT IS ORDERED that the parties' motion is DENIED without prejudice. The parties may refile their request in compliance with the Local Rules.

DATED this 7th day of February 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge