IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| REX FARR, on Behalf of Himself and Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLE SERVICES, INC.,<br><br>Defendant. | CV 16-119-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION TO SEAL** |

Before the Court is the parties' Joint Motion for Leave to File Settlement Agreement Under Seal. (Doc. 40.) Good cause appearing, IT IS HEREBY ORDERED that the parties' motion is GRANTED. The Clerk of Court shall file the Settlement Agreement and Release of Claims lodged as Document No. 41 under seal.

DATED this 8th day of February 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge