IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| REX FARR, on Behalf of Himself and Others Similarly Situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>PINNACLE SERVICES, INC.,  )<br>)<br>Defendant.  ) | 1:16-cv-00119-SPW-TJC<br><br>**ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE** |

Upon motion of the parties to the above-captioned civil action, the court having reviewed the Settlement Agreement and Release of Claims between the parties filed under seal as ECF Doc. 41, and good cause appearing,

THE COURT HEREBY FINDS that the Settlement Agreement and Release of Claims reflects a reasonable compromise of the issues actually in dispute in this matter, that the settlement was reached in an adversarial context in which the plaintiffs were represented by competent and experienced counsel, and that the totality of the settlement is fair and reasonable. Accordingly, the Settlement Agreement and Release of Claims is hereby APPROVED as to its terms and conditions.

This case is dismissed with prejudice. Payment of costs and fees shall be as set forth in the Settlement Agreement and Release of Claims.

Dated this ____ day of February, 2018.

_____
THE HON. TIMOTHY J. CAVAN
U.S. Magistrate Judge