IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| REX FARR, on Behalf of Himself and Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PINNACLE SERVICES, INC.,<br><br>　　　　　　　Defendant. | CV 16-119-BLG-SPW-TJC<br><br>**ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJDUCE** |

　　　　Before the Court is the parties' Joint Motion for Approval of Settlement and Dismissal of Action. (Doc. 44.) Good cause appearing,

　　　　THE COURT HEREBY FINDS that the Settlement Agreement and Release of Claims (Doc. 41) reflects a reasonable compromise of the issues actually in dispute in this matter, that the settlement was reached in an adversarial context in which the plaintiffs were represented by competent and experienced counsel, and that the totality of the settlement, including the service award to the class representative and the attorney's fees and costs, is fair and reasonable.

　　　　Accordingly, IT IS HEREBY ORDERED that the Settlement Agreement and Release of Claims is APPROVED as to its terms and conditions.

IT IS FURTHER ORDERED that the case is DISMISSED with prejudice. Payment of costs and fees shall be as set forth in the Settlement Agreement and Release of Claims.

DATED this 9th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge